| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

1. **Debtor's name**  
   **Diamante Enterprises LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   **82-3765732**

4. **Debtor's address**

   **Principal place of business**

   **16672 Botaniko Dr S**  
   **Weston, FL 33326-1075**  
   Number, Street, City, State & ZIP Code

   **Broward**  
   County

   **Mailing address, if different from principal place of business**

   **PO Box 268104**  
   **Weston, FL 33326-8104**  
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Diamante Enterprises LLC**  
 Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

 ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Diamante Enterprises LLC**      Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in** *this district?* | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor  **Diamante Enterprises LLC**  Case number (*if known*) _____
_____
Name

| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Diamante Enterprises LLC**                             Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 5, 2023**
              MM / DD / YYYY

X   **/s/ Danielle Parker**                                **Danielle Parker**
    Signature of authorized representative of debtor        Printed name

    Title   **President**

**18. Signature of attorney**

X   **/s/ Chad Van Horn**                                  Date  **June 5, 2023**
    Signature of attorney for debtor                             MM / DD / YYYY

    **Chad Van Horn**
    Printed name

    **Van Horn Law Group, P.A.**
    Firm name

    **500 NE 4th St Ste 200**
    **Fort Lauderdale, FL 33301-1163**
    Number, Street, City, State & ZIP Code

    Contact phone  **(954) 765-3166**       Email address  **chad@cvhlawgroup.com**

    **64500**
    Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Diamante Enterprises LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 5, 2023**

X **/s/ Danielle Parker**
Signature of individual signing on behalf of debtor

**Danielle Parker**
Printed name

**President**
Position or relationship to debtor

**United States Bankruptcy Court**
**Southern District of Florida, Fort Lauderdale Division**

**IN RE:**                                                                                                    Case No. _____

**Diamante Enterprises LLC**                                                                      Chapter **11**
                                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 5, 2023**           Signature: */s/ Danielle Parker*
                                                   **Danielle Parker, President**                                                     Debtor

Date: _____   Signature: _____
                                                                                                                              Joint Debtor, if any

```
Bluevine
30 Montgomery St Ste 300
Jersey City, NJ   07302-3865


Capital On Top
1389 Peachtree St NE
Atlanta, GA   30309-3091


D&P Private Lending LLC
57 Yorkshire Village Rd
Lawrence Township, NJ   08648-1356


Danielle Parker
16672 Botaniko Dr
SWeston, FL   33326


Fay Servicing
2601 N Lamar Blvd Ste 201
Austin, TX   78705-4207


Florida Department of Revenue
PO Box 6668
Tallahassee, FL   32314-6668


Florida Department of Revenue
8175 NW 12th St Ste 119
Doral, FL   33126-1828
```

```
Gelt Financial, LLC
6401 Congress Ave Ste 215
Boca Raton, FL   33487-2841


Geoni Parker
16672 Botaniko Dr
SWeston, FL   33326


Intenal Revenue Services
PO Box 7346
Philadelphia, PA   19101-7346


Internal Revenue Services
1248 N University Dr
Plantation, FL   33322-4721


Lakeside Work Spaces
2645 Executive Park Dr
Weston, FL   33331-3624


Magoo Financial
3943 Irvine Blvd # 85
Irvine, CA   92602-2400


Matthew C. Fallings
1581 Main St Ste 200
Warrington, PA   18976-3400
```

```
Merchant Capital Group LLC
2200 Biscayne Blvd Ste 200
Miami, FL   33137-5016


U.S. Bank National Association as Truste
2121 Rosecrans Ave
El Segundo, CA   90245-4743
```