Fill in this information to identify the case:

Debtor name: **Diamante Enterprises LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA, FORT LAUDERDALE DIVISION**
Case number (if known): **23-14383-SMG**

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bluevine**<br>30 Montgomery St Ste 300<br>Jersey City, NJ 07302-3865 | | **Loan** | | | | $67,000.00 |
| **Capital On Top**<br>1389 Peachtree St NE<br>Atlanta, GA 30309-3091 | | **Credit Card** | | | | $9,732.88 |
| **D&P Private Lending LLC**<br>57 Yorkshire Village Rd<br>Lawrence Township, NJ 08648-1356 | | **Mortgage on Investment** | | $227,129.02 | $113,500.00 | $113,629.02 |
| **Fay Servicing**<br>2601 N Lamar Blvd Ste 201<br>Austin, TX 78705-4207 | | **Mortgage on Investment** | | $250,000.00 | $102,200.00 | $147,800.00 |
| **Florida Department of Revenue**<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | | | | | | $0.00 |
| **Intenal Revenue Services**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $0.00 |

Debtor **Diamante Enterprises LLC**
Name

Case number *(if known)* **23-14383-SMG**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lakeside Work Spaces** **2645 Executive Park Dr** **Weston, FL 33331-3624** | | **Rent** | | | | $12,000.00 |
| **Magoo Financial** **3943 Irvine Blvd # 85** **Irvine, CA 92602-2400** | | **Loan** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Merchant Capital Group LLC** **2200 Biscayne Blvd Ste 200** **Miami, FL 33137-5016** | | **judgement** | | | | $98,990.63 |
| **U.S. Bank National Association as Truste** **2121 Rosecrans Ave** **El Segundo, CA 90245-4743** | | | | | | $484,592.48 |