# United States Bankruptcy Court
## Southern District of Florida, Fort Lauderdale Division

In re **Diamante Enterprises LLC**　　　　　　　　　　　Case No. **23-14383-SMG**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Danielle Parker**<br>16672 Botaniko Dr<br>SWeston, FL 33326 | | 99 | |
| **Geoni Parker**<br>16672 Botaniko Dr<br>SWeston, FL 33326 | | 1 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 5, 2023**　　　　　　　　　　　Signature **/s/ Danielle Parker**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Danielle Parker**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.