**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

DIAMANTE ENTERPRISES LLC,

      Debtor-in-Possession.

_____/

Case No.: 23-14383-SMG

Chapter 11

## **CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B), DIAMANTE ENTERPRISES LLC, a (check one):

[X]  Corporate Debtor
[  ]  Party to an adversary proceeding
[  ]  Party to a contested matter
[  ]  Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____

_____

OR

[ X ]   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 5th day of June, 2023

                **VAN HORN LAW GROUP, P.A.**
                500 N.E. 4th Street, Suite 200
                Fort Lauderdale, FL 33301
                Telephone: (954) 765-3166
                Facsimile: (954) 756-7103
                Email: Chad@cvhlawgroup.com

             By: /s/  **Chad Van Horn, Esq.**
                 Chad Van Horn, Esq.
                 Florida Bar No. 64500