**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

DIAMANTE ENTERPRISES LLC                                Case No.: 23-14383-SMG

    Debtor-in-Possession.                                Chapter 11
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Chad P. Pugatch, Esq., and George L. Zinkler, III, Esq. of Lorium Law, on behalf of creditor, Gelt Financial, LLC, and pursuant to Bankruptcy Rule 9010, hereby enter their appearance in the above captioned adversary proceeding and request that notice of all matters herein be duly served on them at the address set forth below.

    Request is hereby also made for timely service of copies of all papers, including, but not limited to, reports, pleadings, motions, answering or reply papers, applications or petitions, disclosure statements, plan, schedules and any other documents filed in the above-captioned case.

    Dated this 9th day of June, 2023.

                                                      **LORIUM LAW**
                                                      *Attorneys for Gelt Financial, LLC*
                                                      101 Northeast Third Avenue, Suite 1800
                                                      Fort Lauderdale, Florida 33301
                                                      Telephone: (954) 462-8000
                                                      Facsimile: (954) 462-4300

                                                      By: /s/ Chad P. Pugatch
                                                         CHAD P. PUGATCH
                                                         Florida Bar No. 220582
                                                         cpugatch@loriumlaw.com
                                                         GEORGE L. ZINKLER, III
                                                         Florida Bar No. 586986
                                                         gzinkler@loriumlaw.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system to the parties who receive notice by this method on this 9th day of June, 2023.

    /s/ Chad P. Pugatch
CHAD P. PUGATCH

J:\WPDocs\7410.007 Gelt Financial, LLC Re Diamante Enterprises LLC Chapter 11\Notice of Appearance by CPP and GLZ.docx

2