UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                                               Case No.: 23-14383-SMG

DIAMANTE ENTERPRISES LLC,                 Chapter 11

     Debtor-in-Possession.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), DIAMANTE ENTERPRISES, LLC. (the "Debtor-in-Possession"), file this Chapter 11 Case Management Summary and state:

1. Chapter 11 filed on *June 5, 2023 (DE 1).*

2. Names, case numbers and dates of filing of related debtors: *N/A*

3. Description of Debtor's business/employment: *Real estate investing; rehabbing and reselling.*

4. Location(s) of Debtor's operations and whether the business premises are <u>leased</u> or owned: *The Debtor now operates from the principal's home at 16672 Botaniko Drive S, Weston, Florida 33326-1075.*

5. Reasons for filing Chapter 11: *Pending foreclosure on investment property*

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

    *Danielle Parker, Managing Member*

    *Compensation One Year Prior to filing:  to be provided by supplement*

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this Petition:

    *2023 – to be provided by supplement*

    *2022 – to be provided by supplement*

    *2021 – $573,727.00*

8. Amounts owed to various creditors:

   (a) Obligations owed to priority creditors, including priority tax obligations:

   *Florida Department of Revenue – unknown*
   *Internal Revenue Service - unknown*

   (b) With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the Debtor securing their claims:

   *2943 W. Master Street, Philadelphia PA – Value $235,446.00*
   *Lienholder: Gelt Financial LLC – Owed $236,450.00*

   *2941 W. Master Street, Philadelphia PA – Value $151,775.00*
   *Lienholder: Fay Servicing/Commercial Lending – Owed $250,000.00*

   *1344 N 26th Street, Philadelphia PA – Value $258,169.00*
   *Lienholder: D&P Private Lending – Owed $229,000.00*

   (c) Amount of unsecured claims:   *$603,500.00*

9. General description and **approximate** value of the Debtor's assets:

   *Personal property – to be provided by supplement*

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    *1344 Property – Hartford Insurance Co.  – Policy #13SBAAY5HJ2*
    *Commercial General Liability and Building Coverage*

    *2943 Property – Mesa Underwriters Specialty – Policy #MP004500110025700*
    *Commercial General Liability; Building Coverage; Business Personal Property*

    *2944 Property – Hiscox Insurance Company, Inc. – Policy #P101.969.941.1*
    *Commercial General Liability*
    *Proof of building coverage to be provided by supplement*

11. Number of employees and amounts of wages owed as of petition date:

    *None*

12.     Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

   *None*

13.     Anticipated emergency relief to be requested within 14 days from the petition date:

*None*

Dated:  June 21, 2023                                    DEBTOR:
                                                        DIAMANTE ENTERPRISES, LLC

                                                        By: _*Danielle Parker*_____
                                                        Its: Managing Member


                                                        **VAN HORN LAW GROUP, P.A.**
                                                        500 N.E. 4th Street, Suite 200
                                                        Fort Lauderdale, FL 33301
                                                        Telephone: (954) 765-3166
                                                        Facsimile: (954) 756-7103
                                                        Email: Chad@cvhlawgroup.com

                                                        By: /s/  **Chad Van Horn, Esq.**
                                                            Chad Van Horn, Esq.
                                                            Florida Bar No. 64500