**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re:

DIAMANTE ENTERPRISES LLC,

          Debtor-in-Possession.

_____/

Case No.: 23-14383-SMG
Chapter 11

**NOTICE OF UNAVAILABILITY OF**
**<u>SMALL BUSINESS FINANCIAL STATEMENTS</u>**

      DIAMANTE ENTERPRISES LLC, (the "Debtor"), hereby certifies, under penalty of perjury, that no balance sheet, statement of operations, or cash flow statements (collectively, the "Financials") are available at this time, but will endeavor to provide before the 341 Meeting.

Dated:  June 30, 2023

          By:<u>/s/ Danielle Parker</u>
            Danielle Parker
          Its:  President