UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                              :        CHAPTER 11
                                                    :
Diamante Enterprises LLC.                           :        CASE NO. 23-14383-SMG
                                                    :
                             Debtor.                :

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **NOTICE OF RE-SET §341 MEETING** on
the following parties by post-paid first class mail:

Bentley Financial Services                          Fay Servicing
1 Porsche Dr                                        2601 N Lamar Blvd Ste 201
Atlanta, GA 30354-1654                              Austin, TX 78705-4207

Bluevine                                            Florida Department of Revenue
30 Montgomery St Ste 300                            PO Box 6668
Jersey City, NJ 07302-3865                          Tallahassee, FL 32314-6668

Capital On Top                                      Florida Department of Revenue
1389 Peachtree St NE                                8175 NW 12th St Ste 119
Atlanta, GA 30309-3091                              Doral, FL 33126-1828

Commercial Lending LLC                              Gary Schafkopf, Esq.
7603 Maple Branch Rd                                11 Bala Ave
Clifton, VA 20124-2114                              Bala Cynwyd, PA 19004-3201

D&P Private Lending LLC                             Gelt Financial, LLC
57 Yorkshire Village Rd                             6401 Congress Ave Ste 215
Lawrence Township, NJ 08648-1356                    Boca Raton, FL 33487-2841

Danielle Parker                                     Geoni Parker
16672 Botaniko Dr                                   16672 Botaniko Dr
SWeston, FL 33326                                   SWeston, FL 33326

Diamante Enterprises LLC                            Hardworkn Investments LLC.
PO Box 268104                                       3301 W Spring Mountain Road St # 16
Weston, FL 33326-8104                               Las Vegas, NV 89102

Intenal Revenue Services
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Services
1248 N University Dr
Plantation, FL 33322-4721

John Cunningham
2351 W Atlantic Blvd Unit 668874
Pompano Beach, FL 33066

Lakeside Work Spaces
2645 Executive Park Dr
Weston, FL 33331-3624
Lawrence Wesley
2417 S Howell Ave Unit Rear
Milwaukee, WI 53207-1663

Lawrence Wesley & Lumew Realty LLC
7 S. MORTON AVE.
MORTON, PA 19070

Macon Insurance LLC
506 N Missouri St Ste B
Macon, MO 63552-1790

Magoo Financial
3943 Irvine Blvd # 85
Irvine, CA 92602-2400

Matthew B. Weisberg, Esq.
7 S. Morton Avenue
Morton, PA 19070

Matthew C. Fallings
1581 Main St Ste 200
Warrington, PA 18976-3400

Matthew Weisberg
7 S. Morton Avenue
Morton, PA 19070

Merchant Capital Group LLC
2200 Biscayne Blvd Ste 200
Miami, FL 33137-5016

Merchant Capital Source LLC
17011 Beach Blvd Ste 1140
Huntington Beach, CA 92647-7402

Nicholas Weiss, Esq.
3091 Mayfield Rd Ste 320
Cleveland Heights, OH 44118-1732

Nikyndra Boatwright
1274 Delphi Dr
Whitehall, PA 18052-6200

Richard Jenkins Jr.
101 Winding Wood Dr Apt 3B
Sayreville, NJ 08872-2053

Richard Jenkins, Jr. & Jenkins Wealth LLC
7 S. MORTON AVE.
MORTON, PA 19070

Shelby Jermaine Hearst
3308 Fairdale Road
Philadelpha, PA 19154

The Fourth Holdings LLC
3101 Absecon Court
Clarksboro, NJ 08020-3101

U.S. Bank National Association as Trustee
2121 Rosecrans Ave
El Segundo, CA 90245-4743

DONE this the 14th day of July, 2023.

<div style="margin-left: 50%;">

By:_____/s/
Martin P. Ochs
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

</div>