LAW OFFICES
MCCALLA RAYMER LEIBERT PIERCE, LLC
BANKRUPTCY DEPARTMENT
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
TELEPHONE: 770-643-7200
TELEFAX: 866-761-0279
1-800-275-7171

July 31, 2023

Clerk, United States Bankruptcy Court
299 E. Broward Blvd.
Room 112
Fort Lauderdale, FL 33301

**REQUEST FOR SERVICE OF NOTICES**

RE:
| | |
|---|---|
| Debtors | Diamante Enterprises LLC |
| Case Number | 23-14383 |
| Chapter | 11 |
| Secured Creditor | U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1 |
| Loan Number | XXXXXX3877 |
| Property Address | 2941 MASTER ST, Philadelphia, PA 19121 |

Dear Sir / Madam:

Would you be so kind as to add the following interested party to the mailing / service list in the above referenced case:

U.S. Bank National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2021-INV1
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301

Please provide us with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

We appreciate your courtesy in this matter. If you have any questions, please do not hesitate to call me.

Very Truly Yours,

*/s/ Reka Beane*
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone: 954-332-9370
Email: Reka.Beane@mccalla.com
Attorney Bar No: 52919

NOA