**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:

DIAMANTE ENTERPRISES, LLC.,                          Case No. 23-14383-SMG
                                                     Chapter 11

            Debtor-in-Possession.

_____/

**DEBTOR-IN-POSSESSION'S RESPONSE TO ORDER TO SHOW CAUSE WHY SMALL
BUSINESS CASE SHOULD NOT BE CONVERTED TO CHAPTER 7 OR DISMISSED**

DIAMANTE ENTERPRISES, LLC, (the "Debtor"), by and through undersigned counsel, and hereby files this *Response to Order to Show Cause Why Small Business Case Should Not be Converted to Chapter 7 or Dismissed* (the "Response"), and in support thereof, states as follows:

1.      The Debtor filed a Voluntary Petition for relief pursuant to 11 U.S.C. Chapter 11 on June 5, 2023 (DE 1).

2.      The Debtor, on the Voluntary Petition, at Question 8 – *"Under which chapter of the Bankruptcy Code is the debtor filing"*, elected to proceed as a small business debtor "as defined in 11 U.S.C. § 101(51(D))…." (the "Small Business Designation").

3.      Bankruptcy Code § 1121(e) requires the debtor in a small business case to file a plan and disclosure statement (if any) not later than 300 days after the date of the order for relief.

4.      The 300-day deadline was April 1, 2024.

5.      On April 2, 2024, this Court entered an *Order to Show Cause Why Small Business Case Should Not Be Converted to Chapter 7 or Dismissed* (DE 103) (the "Show Cause Order") for Debtor's failure to timely filing a disclosure statement and plan of reorganization on or before April 1, 2024, and a hearing has been scheduled for Wednesday, April 24, 2024 at 1:30 p.m.

6.      Contemporaneously with this Response, the Debtor has filed its *Ex-Parte Motion to Amend Voluntary Petition to Remove Small Business Election and to Proceed as a Chapter 11*

*Debtor* (the "Motion to Amend").

7.      The Debtor wishes to amend its Voluntary Petition to remove the Small Business Designation.

8.      Federal Rule of Bankruptcy Procedure 1009(a) states:

***A voluntary petition, list, schedule, or statement may be amended by the debtor as a matter of course at any time before the case is closed.  The debtor shall give notice of the amendment to the trustee and to any entity affected thereby.  On motion of a party in interest, after notice and a hearing, the court may order any voluntary petition, list, schedule, or statement to be amended and the clerk shall give notice of the amendment to entities designated by the court.***

9.      As stated in the Motion to Amend, in *In re Progressive Solutions, Inc. 2020 Bankr. LEXIS 467* (Bankr. C.D. Cal. 2020), the court found "no legal reason to restrict a pending Chapter 11 case to re-designate to a Subchapter V case…." and focused specifically on the language of FRBP 1009(a).  The court concluded that "[t]o set a standard or precedent requiring a debtor to seek leave to amend a petition or schedule is improper, especially in light of Rule 1009….there is no legal requirement to have a court grant leave to amend the petition or schedules, and there are clear procedures for parties to later object to any amendments or designations (including a designation as a Subchapter V debtor within the new federal rules for the SBRA)."

10.     While in this case the Debtor is requesting to **remove** the Small Business Designation, the act of amending is still the same and clearly falls under FRBP 1009(a).

11.     Upon the Court granting the Motion to Amend, and the filing of the Debtor's Amended Voluntary Petition to remove the Small Business Designation, the time constraint imposed by the Small Business Designation will be removed.

12.     Further, while the removal of the Small Business Designation provides the Debtor with almost unlimited time to file its DS and Plan without an order of the Court directing so, the Debtor commits to filing its DS and Plan **on or before Friday, May 31, 2024.**

13.    Removal of the Small Business Designation will not prejudice any party and will afford the Debtor the opportunity to continue with its Chapter 11 case and, Debtor believes that it will have a feasible and confirmable plan resulting in a larger distribution to unsecured creditors than would be received in Chapter 7 or dismissal.

**WHEREFORE**, the Debtor prays that this Court (i) discharge the Order to Show Cause; (ii) direct the Debtor to file its Disclosure Statement and Plan of Reorganization on or before May 31, 2024; and (iii) for such other and further relief as the Court deems just and proper.

Dated:  April 9, 2024.

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
Julia Anne Osmolia, Esq.
Florida Bar No. 1035614
julia@cvhlawgroup.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 9th day of April 2024 to all parties registered through CM/ECF and as listed on the attached mailing matrix.

Dated:  April 9, 2024

**VAN HORN LAW GROUP, P.A.**
500 NE 4th St., Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
Julia Anne Osmolia, Esq.
Florida Bar No. 1035614
julia@cvhlawgroup.com

Label Matrix for local noticing
113C-0
Case 23-14383-SMG
Southern District of Florida
Fort Lauderdale
Mon Jan 15 08:14:14 EST 2024

Diamante Enterprises LLC
PO Box 268104
Weston, FL 33326-8104

Gelt Financial, LLC
c/o Lorium Law
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

Lakeside Executive Suites, inc.
2645 Executive Park Drive
Wetson, FL 33331-3624

U.S. Bank National Association, not in its i
c/o MCCALLA RAYMER LEIBERT PIERCE, LLC
Bankruptcy Department
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301-5056

US BANK NATIONAL ASSOCIATION AS INDENTURE TR
ROETZEL AND ANDRESS, LPA
C/O PAUL A. GIORDANO, ESQ
2320 FIRST STREET
SUITE 1000
FORT MYERS, FL 33901-2904

*Duplicate Entry*
Capital On Top

Bentley Financial Services
1 Porsche Dr
Atlanta, GA 30354-1654

Bluevine
30 Montgomery St Ste 300
Jersey City, NJ  07302-3865

Capital On Top
1389 Peachtree St. NE
Atlanta, GA 30309-3035

Commercial Lending LLC
7603 Maple Branch Rd
Clifton, VA 20124-2114

D&P Private Lending LLC
57 Yorkshire Village Rd
Lawrence Township, NJ  08648-1356

Danielle Parker
16672 Botaniko Dr
SWeston, FL 33326-1075

Diamante Enterprises, LLC.
2645 Executive Park Dr., Unit 115
Weston, FL 33331-3624

Ebony Chatmon
1437 Academy Lane
Elkins Park Pa 19027-2514

(p)FAY SERVICING  LLC
P O BOX 814609
DALLAS TX 75381-4609

Florida Department of Revenue
8175 NW 12th St Ste 119
Doral, FL  33126-1828

Florida Department of Revenue
PO Box 6668
Tallahassee, FL  32314-6668

Gary Schafkopf, Esq.
11 Bala Ave
Bala Cynwyd, PA 19004-3201

Gelt Financial, LLC
6401 Congress Ave Ste 215
Boca Raton, FL  33487-2841

Gelt Financial, LLC
LORIUM LAW, c/o Chad P. Pugatch, Esq.
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301-1252

Geoni Parker
16672 Botaniko Dr
SWeston, FL 33326-1075

Hardworkn Investments LLC.
3301 W Spring Mountain Road St # 16
Las Vegas, NV 89102-8649

Intenal Revenue Services
PO Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Services
1248 N University Dr
Plantation, FL 33322-4709

John Cunningham
12001 Rock Creek Ct
Hawthrone  CA 90250-1669

Lakeside Work Spaces
2645 Executive Park Dr.
Weston, FL 33331-3624

Lawrence Wesley
2417 S Howell Ave Unit Rear
Milwaukee, WI 53207-1663

Lawrence Wesley & Lumew Realty LLC
7 S. MORTON AVE.
MORTON, PA 19070-1707

Macon Insurance LLC
506 N Missouri St Ste B
Macon, MO 63552-1790

Magoo Financial
3943 Irvine Blvd.
Irvine, CA 92602-2400

Matthew B. Weisberg, Esq.
7 S. Morton Avenue
Morton, PA 19070-1707

Matthew C. Fallings
1581 Main St., Suite 200
Warrington, PA 18976-3403

Matthew Weisberg
7 S. Morton Avenue
Morton, PA 19070-1707

Merchant Capital Group LLC
2200 Biscayne Blvd Ste 200
Miami, FL 33137-5284

Merchant Capital Source LLC
17011 Beach Blvd Ste 1140
Huntington Beach, CA 92647-7402

Nicholas Weiss, Esq.
3091 Mayfield Rd Ste 320
Cleveland Heights, OH 44118-1732

Nikyndra Boatwright
1274 Delphi Dr
Whitehall, PA 18052-6200

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Richard Jenkins Jr.
101 Winding Wood Dr Apt 3B
Sayreville, NJ 08872-2053

Richard Jenkins, Jr. & Jenkins Wealth LLC
7 S. MORTON AVE.
MORTON, PA 19070-1707

Shelby J Hearst
3308 Fairdale Road
Philadelphia, PA 19154-1823

Shelby Jermaine Hearst
3308 Fairdale Road
Philadelpha, PA 19154-1823

Surpass Investing LLC
c/o L. Anthony Dijiacomo, III, Esq.
Weisberg Law
7 South Morton Avenue
Morton, PA 19070-1707

The Fourth Holdings LLC
3101 Absecon Court
Clarksboro, NJ 08020-1039

U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE
c/o Paul A. Giordano, Esq.
2320 First St, Ste. 1000
Fort Myers, FL 33901-2904

U.S. Bank National
Association as Trustee
Fay Servicing, LLC.
PO Box 814609
Dallas, TX 75381-4609

U.S. Bank National Association as Truste
2121 Rosecrans Ave
El Segundo, CA  90245-4743

VMNG Enterprise LLC
19 Rector St
East Hartford, CT 06108-2262

Chad T Van Horn
500 NE 4 St #200
Ft Lauderdale, FL 33301-1163

Chardae Taylor
Keller Williams Philly
728 Broad St S3
Philidelphia, PA 19146-2240

Shelby Hearst
3308 Fairdale Road
Philadelphia, PA 19154-1823

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fay Servicing
1601 Lyndon B Johnson Fwy
Farmers Branch, TX 75234

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)*Duplicate Entry*
Bluevine

(u)*Duplicate Entry*
D&P Private Lending LLC

(u)*Duplicate Entry*
Danielle Parker

(u)*Duplicate Entry*
Fay Servicing

(u)*Duplicate Entry*
Florida Department of Revenue

(u)*Duplicate Entry*
Gelt Financial, LLC

(u)*Duplicate Entry*
Geoni Parker

(u)*Duplicate Entry*
Intenal Revenue Services

(u)*Duplicate Entry*
Internal Revenue Services

(u)*Duplicate Entry*
Lakeside Work Spaces

(u)*Duplicate Entry*
Magoo Financial

(u)*Duplicate Entry*
Matthew C. Fallings

(u)*Duplicate Entry*
Merchant Capital Group LLC

(u)*Duplicate Entry*
U.S. Bank National Association as Truste

(d)John Cunningham
12001 Rock Creek Ct
Hawthrone, CA 90250-1669


End of Label Matrix
Mailable recipients    51
Bypassed recipients    15
Total                  66