UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourt.gov

In re:  Case No. 23-14383-SMG
  Chapter 11
DIAMANTE ENTERPRISES, LLC,

    Debtor-In-Possession.
_____/

# MOTION TO VALUE AND DETERMINE
## SECURED STATUS OF LIEN HELD BY MAGOO FINANCIAL A/K/A MERCHANT CAPITAL SOURCE, LLC. ON PERSONAL PROPERTY OF DEBTOR

DIAMANTE ENTERPRISES, LLC, (the "Debtor"), by and through its undersigned counsel hereby files this *Motion to Value and Determine Secured Status of Lien Held by Magoo Financial a/k/a Merchant Capital Source, LLC. On Personal Property of Debtor* (the "Motion"), pursuant to 11 U.S.C. §506 and 1123(b)(5) of the Bankruptcy Code, Fed. R. Bankr. P. 3012 and Local Rule 3012-1, and requests that this Court enter an order (i) valuing Debtor's personal property; and (ii) determining the secured status of any lien held by Merchant Capital Source, LLC. against the personal property owned by the Debtor as specified below and in support thereof state as follows:

1. On June 5, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

2. The Debtor is in the business of real estate investing: rehabbing and reselling real property, and continues to manage and operate the business as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.

3. Debtor has a UCC-1 Financing Statement of record in the Florida Secured Transaction Registry at #202200117521 filed on January 12, 2022 by Magoo Financial a/k/a Merchant Capital Source, LLC ("Lender") securing all unencumbered personal property of the Debtor, a copy of which is attached as Exhibit "A".

4. At the time of the filing of the Debtor's Chapter 11 petition, the balance owed to the Lender is approximately $32,948.39 (POC-14).

5. The Debtor asserts for the reasons set forth below that Lender has a secured claim of $500.00, with an unsecured claim of $32,448.39.

6. At the time of the filing of the Debtor's Chapter 11 petition, the personal property of the Debtor, as set forth in Schedule A/B of the Petition (DE 24, page 2) in the Debtor's opinion, had a **total value of $500.00, broken down as follows:**

Office equipment, including all computer equipment and communication systems equipment and software:

    6 - Computers with keyboards and mouse
    4 - Hard drives
    4 - Office phones
    2 - Desk lamps
    2 - Printers/Scanners

7. Lender's UCC lien attaches to, and is limited by, the value of Debtor's unencumbered assets, which total $500.00.

**WHEREFORE**, the Debtor respectfully requests an order of the Court determining that (i) the claim of Merchant Capital Source, LLC is secured in the amount of $500.00 and unsecured in the amount of $32,448.39; and (ii) for such other and further relief as is just and proper.

Dated: April 23, 2024.

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103

By: /s/ **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
chad@cvhlawgroup.com
Julia Osmolia, Esq.
Florida Bar No. 1035614
julia@cvhlawgroup.com

# EXHIBIT "A"

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Return Acknowledgement to:
Capitol Services, Inc.
515 E Park Ave, 2nd Fl
Tallahassee, FL  32301
855.498.5500

CAPITOL SERVICES

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2022 Jan 12 02:56 PM

****** 202200117521 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | DIAMANTE ENTERPRISES LIMITED LIABILITY COMPANY | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS: 2645 EXECUTIVE PARK DRIVE, SUITE 115 | CITY: WESTON | STATE: FL | POSTAL CODE: 33331 | COUNTRY: USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | MAGOO FINANCIAL | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS: 3943 IRVINE BLVD. #85 | CITY: IRVINE | STATE: CA | POSTAL CODE: 92602 | COUNTRY: USA |

4. COLLATERAL: This financing statement covers the following collateral:

FLORIDA DOCUMENTARY STAMP TAX IS NOT REQUIRED.

THE COLLATERAL INCLUDES THE FOLLOWING PROPERTY THAT BORROWER NOW OWNS OR SHALL ACQUIRE OR CREATE IMMEDIATELY UPON THE ACQUISITION OR CREATION THEREOF (I) ANY AND ALL AMOUNTS OWING TO BORROWER NOW OR IN THE FUTURE FROM ANY MERCHANT PROCESSOR(S) PROCESSING CHARGES MADE BY CUSTOMERS OF BORROWER VIA CREDIT CARD OR DEBIT CARD TRANSACTIONS; AND (II) ALL OTHER TANGIBLE AND INTANGIBLE PERSONAL PROPERTY, INCLUDING, BUT NOT LIMITED TO (A) INVENTORY, (B) EQUIPMENT, (C) INVESTMENT PROPERTY, INCLUDING CERTIFICATED AND UNCERTIFICATED SECURITIES, SECURITIES ACCOUNTS, SECURITY ENTITLEMENTS, COMMODITY CONTRACTS AND COMMODITY ACCOUNTS, (D) INSTRUMENTS, INCLUDING PROMISSORY NOTES (E) CHATTEL PAPER, INCLUDING TANGIBLE CHATTEL PAPER AND ELECTRONIC CHATTEL PAPER, (F) DOCUMENTS, (G) LETTER OF CREDIT RIGHTS, (H) ACCOUNTS, INCLUDING HEALTHCARE INSURANCE RECEIVABLES, (I) DEPOSIT ACCOUNTS, COMMERCIAL TORT CLAIMS, (K) GENERAL INTANGIBLES, INCLUDING PAYMENT INTANGIBLES AND SOFTWARE AND (L) AS-EXTRACTED COLLATERAL AS SUCH TERMS MAY FROM TIME TO TIME BE DEFINED IN THE UNIFORM COMMERCIAL CODE. THE SECURITY INTEREST BORROWER GRANTS INCLUDES ALL ACCESSIONS, ATTACHMENTS, ACCESSORIES, PARTS, SUPPLIES AND REPLACEMENTS FOR THE COLLATERAL, PRODUCTS, PROCEEDS AND COLLECTIONS THEREOF AND ALL RECORDS AND DATA RELATING THERETO. LENDER DISCLAIMS ANY SECURITY

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DIAMANTE ENTERPRISES - FL - STATE

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

COLLATERAL CONTINUED PAGE 1 OF 1

INTEREST IN HOUSEHOLD GOODS IN WHICH LENDER IS FORBIDDEN BY LAW FROM TAKING A SECURITY INTEREST.