**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

DIAMANTE ENTERPRISES LLC,

     Case No.: 23-bk-14383-SMG
     Chapter 7

    Debtor-in-Possession.
_____/

**NOTICE OF FILING CHANGE OF ADDRESS FOR CREDITOR**

PLEASE TAKE NOTICE that the following creditor has a new address:

**Old Address:**  U.S. BANK NATIONAL ASSOCIATION AS TRUSTE
2121 ROSECRANS AVE
EL SEGUNDO CA 90245-4743

**New Address:**  U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
CO PAUL A. GIORDANO, ESQ
2320 FIRST STREET, SUITE 1000
FORT MYERS FL 33901

Dated:  June 24, 2024

                                    **VAN HORN LAW GROUP, P.A.**
                                    500 N.E. 4th Street, Suite 200
                                    Fort Lauderdale, FL 33301
                                    Telephone: (954) 765-3166
                                    Facsimile: (954) 756-7103
                                    Email: Chad@cvhlawgroup.com

                           By: /s/ **Chad Van Horn, Esq.**
                                    Chad Van Horn, Esq.
                                    Florida Bar No. 64500