**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 23-14383-SMG |
| | § | |
| DIAMANTE ENTERPRISES LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 06/05/2023. The case was converted to one under Chapter 7 on 04/26/2024. The undersigned trustee was appointed on 04/26/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                          $59,635.75

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $59,635.75 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 07/05/2024 and the deadline for filing government claims was 10/23/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,231.79. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,231.79, for a total compensation of $6,231.79[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $107.98, for total expenses of $107.98.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/11/2026          By:   /s/ Leslie S. Osborne
                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1                    Exhibit A

| | |
|---|---|
| **Case No.:** | 23-14383-SMG |
| **Case Name:** | DIAMANTE ENTERPRISES LLC |
| **For the Period Ending:** | 3/11/2026 |

| | |
|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Date Filed (f) or Converted (c):** | 04/26/2024 (c) |
| **§341(a) Meeting Date:** | 05/21/2024 |
| **Claims Bar Date:** | 07/05/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   Funds in Bank                                          (u) | $0.00 | $52,121.73 | | $52,121.73 | FA |
| 2   Funds in Bank                                          (u) | $0.00 | $14.02 | | $14.02 | FA |
| 3   Investment Property: 1344 N 26th St, Philadelphia, PA 19121-4638 | $258,169.00 | $7,500.00 | | $7,500.00 | FA |
| 4   Office Equipment | $500.00 | $500.00 | | $0.00 | FA |
| 5   Investment Property: 2943 W Master St, Philadelphia, PA 19121-3648 | $235,446.00 | $235,446.00 | | $0.00 | FA |
| **Asset Notes:**      asset sold during Chapter 11, ecf 51 9/8/23 | | | | | |
| 6   Investment Property: 2941 W Master St, Phila, PA 19121-3648 | $151,775.00 | $151,775.00 | OA | $0.00 | FA |
| 6   Internet domain names and websites http://diamanteenterprises.biz/ (GoDaddy) | $0.00 | $0.00 | | $0.00 | FA |
| 7   Licenses, franchises, and royalties. License #774304 | $0.00 | $0.00 | | $0.00 | FA |
| 8   Landlord Deposit for leased premises ($2,500.00) - subject to Landlord's lien | $0.00 | $0.00 | | $0.00 | FA |

|  | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $645,890.00 | $447,356.75 | | $59,635.75 | $0.00 |

**Major Activities affecting case closing:**

09/11/2025      All claims issues resolved

No tax return required per accountant

**Initial Projected Date Of Final Report (TFR):**   06/02/2025          **Current Projected Date Of Final Report (TFR):**   06/02/2025

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE

**FORM 2**

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 23-14383-SMG | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DIAMANTE ENTERPRISES LLC | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***5732 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/5/2023 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 3/11/2026 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/23/2024 | (1) | Van Horn Law Group (Trust Acct) | funds in bank account | 1229-000 | $52,121.73 | | $52,121.73 |
| 05/23/2024 | (2) | diamante enterprises | Funds in Bank (close out) | 1229-000 | $14.02 | | $52,135.75 |
| 04/07/2025 | (3) | D & P PRIVATE LENDING, LLC | Pursuant to carve-out order [ECF 150] 04/03/2025 | 1210-000 | $7,500.00 | | $59,635.75 |
| 11/19/2025 | | Veritex Community Bank | Transfer Funds | 9999-000 | | $59,635.75 | $0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | TOTALS: | | $59,635.75 | $59,635.75 | $0.00 |
| | Less: Bank transfers/CDs | | $0.00 | $59,635.75 | |
| | Subtotal | | $59,635.75 | $0.00 | |
| | Less: Payments to debtors | | $0.00 | $0.00 | |
| | Net | | $59,635.75 | $0.00 | |

| For the period of 6/5/2023 to 3/11/2026 | | For the entire history of the account between 05/01/2024 to 3/11/2026 | |
|---|---|---|---|
| Total Compensable Receipts: | $59,635.75 | Total Compensable Receipts: | $59,635.75 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,635.75 | Total Comp/Non Comp Receipts: | $59,635.75 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $59,635.75 | Total Internal/Transfer Disbursements: | $59,635.75 |

Page No: 2          Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 23-14383-SMG | |
| **Case Name:** | DIAMANTE ENTERPRISES LLC | |
| **Primary Taxpayer ID #:** | **-***5732 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/5/2023 | |
| **For Period Ending:** | 3/11/2026 | |

| | |
|---|---|
| **Trustee Name:** | Leslie S. Osborne |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******8301 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $62,655,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/19/2025 | | Integrity Bank | Transfer Funds | 9999-000 | $59,635.75 | | $59,635.75 |
| | | | **TOTALS:** | | $59,635.75 | $0.00 | $59,635.75 |
| | | | **Less: Bank transfers/CDs** | | $59,635.75 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  6/5/2023 to 3/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $59,635.75 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 11/19/2025 to 3/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $59,635.75 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit B

| Case No. | 23-14383-SMG | Trustee Name: | Leslie S. Osborne |
|---|---|---|---|
| Case Name: | DIAMANTE ENTERPRISES LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***5732 | Checking Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 6/5/2023 | Blanket bond (per case limit): | $62,655,000.00 |
| For Period Ending: | 3/11/2026 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $59,635.75 | $0.00 | $59,635.75 |

**For the period of 6/5/2023 to 3/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $59,635.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,635.75 |
| Total Internal/Transfer Receipts: | $59,635.75 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $59,635.75 |

**For the entire history of the case between  04/26/2024 to 3/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $59,635.75 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $59,635.75 |
| Total Internal/Transfer Receipts: | $59,635.75 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $59,635.75 |

/s/ LESLIE S. OSBORNE

LESLIE S. OSBORNE

Exhibit C

| Case No. | 23-14383-SMG | Trustee Name: Leslie S. Osborne |
|---|---|---|
| Case Name: | DIAMANTE ENTERPRISES LLC | Date: 3/11/2026 |

Claims Bar Date: 07/05/2024

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | RAPPAPORT OSBORNE RAPPAPORT, PLLC<br><br>1300 N. FEDERAL HWY #203<br>BOCA RATON FL 33432 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $148.62 | $0.00 | $0.00 | $0.00 | $148.62 |
| | RAPPAPORT OSBORNE RAPPAPORT, PLLC<br><br>1300 N. FEDERAL HWY #203<br>BOCA RATON FL 33432 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $12,205.00 | $0.00 | $0.00 | $0.00 | $12,205.00 |
| | LESLIE S. OSBORNE<br><br>1300 N. Federal Hwy #203<br>Boca Raton FL 33432 | Trustee Expenses | Allowed | 2200-000 | $107.98 | $0.00 | $0.00 | $0.00 | $107.98 |
| | CHAD T VAN HORN<br><br>330 N ANDREWS AVE #450<br>FT LAUDERDALE FL 33301 | Attorney for D-I-P Expenses (Chapter 11) | Allowed | 6710-000 | $284.40 | $0.00 | $0.00 | $0.00 | $284.40 |
| | CHAD T VAN HORN<br><br>330 N ANDREWS AVE #450<br>FT LAUDERDALE FL 33301 | Attorney for D-I-P Fees (Chapter 11) | Allowed | 6210-000 | $28,828.00 | $0.00 | $0.00 | $0.00 | $28,828.00 |
| | LESLIE S. OSBORNE<br><br>1300 N. Federal Hwy #203<br>Boca Raton FL 33432 | Trustee Compensation | Allowed | 2100-000 | $6,231.79 | $0.00 | $0.00 | $0.00 | $6,231.79 |
| 1 | RICHARD JENKINS, JR. & JENKINS WEALTH LLC<br>7 S. MORTON AVE.<br>MORTON PA 19070 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $144,000.00 | $0.00 | $0.00 | $0.00 | $144,000.00 |

| Case No. | 23-14383-SMG | | Trustee Name: Leslie S. Osborne |
|---|---|---|---|

Case Name: DIAMANTE ENTERPRISES LLC

Date: 3/11/2026

Claims Bar Date: 07/05/2024

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LAWRENCE WESLEY & LUMEW REALTY LLC<br><br>7 S. MORTON AVE.<br>MORTON PA 19070 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $49,581.37 | $0.00 | $0.00 | $0.00 | $49,581.37 |
| 3 | LAKESIDE WORK SPACES<br><br>2645 Executive Park Dr.<br>Weston FL 33331 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,889.65 | $0.00 | $0.00 | $0.00 | $12,889.65 |

Claim Notes: (3-1) Work Space Licensing of Office Space and Services

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | THE FOURTH HOLDINGS LLC<br><br>3101 Absecon Court<br>Clarksboro NJ<br>08020-3101 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | SHELBY JERMAINE HEARST<br><br>3308 Fairdale Road<br>Philadelpha PA 19154 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SHELBY JERMAINE HEARST<br><br>3308 Fairdale Road<br>Philadelpha PA 19154 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JOHN CUNNINGHAM<br><br>12001 Rock Creek Ct<br>Hawthrone CA 90250 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| 8 | EBONY CHATMON<br><br>1437 Academy Lane<br>Elkins Park  19027 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | SHELBY J HEARST<br><br>3308 Fairdale Road<br>Philadelphia PA 19154 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | VMNG ENTERPRISE LLC<br><br>19 Rector St<br>East Hartford CT 06108 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $59,374.99 | $0.00 | $0.00 | $0.00 | $59,374.99 |
| 11 | KELLY LOPEZ<br><br>2645 Executive Park Dr., Unit 115<br>Weston FL 33331 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,250.00 | $0.00 | $0.00 | $0.00 | $20,250.00 |

Exhibit C

| Case No. | 23-14383-SMG | | | | | Trustee Name: | Leslie S. Osborne |
| Case Name: | DIAMANTE ENTERPRISES LLC | | | | | | |
| Claims Bar Date: | 07/05/2024 | | | | | Date: | 3/11/2026 |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12 | GELT FINANCIAL, LLC<br><br>LORIUM LAW, c/o Chad P. Pugatch, Esq. 101 NE Third Avenue, Suite 1800 Fort Lauderdale FL 33301 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (12-1) Mortgage, Assignment of Rents, Deed, Forbearance Agreement, etc.,

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FAY SERVICING, LLC.<br><br>PO Box 814609 Dallas TX 75381 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MERCHANT CAPITAL SOURCE LLC<br><br>17011 Beach Blvd Ste 1140 Huntington Beach CA 92647-7402 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUST c/o Paul A. Giordano, Esq. 2320 First St, Ste. 1000 Fort Myers FL 33901 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $502,350.74 | $0.00 | $0.00 | $0.00 | $502,350.74 |

**Claim Notes:** (15-1) POC of U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE FOR VCC 2020-MC1 TRUST

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 16 | SURPASS INVESTING LLC<br><br>c/o L. Anthony Dijiacomo, III, Esq. Weisberg Law 7 South Morton Avenue Morton PA 19070 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $20,000.00 | $0.00 | $0.00 | $0.00 | $20,000.00 |

Exhibit C

| Case No. | 23-14383-SMG |
|---|---|
| Case Name: | DIAMANTE ENTERPRISES LLC |
| Claims Bar Date: | 07/05/2024 |

**Trustee Name:** Leslie S. Osborne

**Date:** 3/11/2026

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 17 | MARTIN AJAYI<br><br>68 SPITFIRE DRIVE MOUNT HOPE, ONTARIO L0R 1W0 CANADA | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| 18 | BLUEVINE INC.<br><br>C/O Weinstein & Riley, P.S.<br>1415 WESTERN AVE, SUITE 700 SEATTLE WA 98101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $67,253.34 | $0.00 | $0.00 | $0.00 | $67,253.34 |

**Claim Notes:**    (18-1) 0863

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 19 | NIKYNDRA BOATWRIGHT<br><br>1274 Delphi Dr Whitehall PA 18052-6200 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,127.75 | $0.00 | $0.00 | $0.00 | $12,127.75 |
| 20 | D&P PRIVATE LENDING LLC<br><br>D&P Private Lending LLC | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | UNITED STATES TRUSTEE<br><br>51 SW First Avenue, Room 1204 Miami FL 33130 | U.S. Trustee Quarterly Fees | Allowed | 2950-000 | $308.00 | $0.00 | $0.00 | $0.00 | $308.00 |

**Claim Notes:**    (21-1) Pre-Conversion Chapter 11 UST Quarterly Fees under Chapter 123 of title 28.

| | | | | | $995,941.63 | $0.00 | $0.00 | $0.00 | $995,941.63 |
|---|---|---|---|---|---|---|---|---|---|

Exhibit C

| | |
|---|---|
| **Case No.** | 23-14383-SMG |
| **Case Name:** | DIAMANTE ENTERPRISES LLC |
| **Claims Bar Date:** | 07/05/2024 |

**Trustee Name:** Leslie S. Osborne

**Date:** 3/11/2026

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for D-I-P Expenses (Chapter 11) | $284.40 | $284.40 | $0.00 | $0.00 | $0.00 | $284.40 |
| Attorney for D-I-P Fees (Chapter 11) | $28,828.00 | $28,828.00 | $0.00 | $0.00 | $0.00 | $28,828.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $148.62 | $148.62 | $0.00 | $0.00 | $0.00 | $148.62 |
| Attorney for Trustee Fees (Trustee Firm) | $12,205.00 | $12,205.00 | $0.00 | $0.00 | $0.00 | $12,205.00 |
| General Unsecured § 726(a)(2) | $1,128,251.25 | $947,827.84 | $0.00 | $0.00 | $0.00 | $947,827.84 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $712,840.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $6,231.79 | $6,231.79 | $0.00 | $0.00 | $0.00 | $6,231.79 |
| Trustee Expenses | $107.98 | $107.98 | $0.00 | $0.00 | $0.00 | $107.98 |
| U.S. Trustee Quarterly Fees | $308.00 | $308.00 | $0.00 | $0.00 | $0.00 | $308.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:        23-14383-SMG
Case Name:       DIAMANTE ENTERPRISES LLC
Trustee Name:    Leslie S. Osborne

Balance on hand:                    $59,635.75

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:              $0.00
Remaining balance:                              $59,635.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Leslie S. Osborne, Trustee Fees | $6,231.79 | $0.00 | $6,231.79 |
| Leslie S. Osborne, Trustee Expenses | $107.98 | $0.00 | $107.98 |
| RAPPAPORT OSBORNE RAPPAPORT, PLLC, Attorney for Trustee Fees | $12,205.00 | $0.00 | $12,205.00 |
| RAPPAPORT OSBORNE RAPPAPORT, PLLC, Attorney for Trustee Expenses | $148.62 | $0.00 | $148.62 |
| United States Trustee, U.S. Trustee Quarterly Fees | $308.00 | $0.00 | $308.00 |

Total to be paid for chapter 7 administrative expenses:        $19,001.39
Remaining balance:                                          $40,634.36

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| CHAD T VAN HORN, Attorney for Trustee/DIP Fees | $28,828.00 | $0.00 | $28,828.00 |
| Other: CHAD T VAN HORN, Other Professional's Expenses | $284.40 | $0.00 | $284.40 |

Total to be paid to prior chapter administrative expenses:     $29,112.40
Remaining balance:                                          $11,521.96

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $11,521.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $947,827.84 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Richard Jenkins, Jr. & Jenkins Wealth LLC | $144,000.00 | $0.00 | $1,750.50 |
| 2 | Lawrence Wesley & Lumew Realty LLC | $49,581.37 | $0.00 | $602.72 |
| 3 | Lakeside Work Spaces | $12,889.65 | $0.00 | $156.69 |
| 7 | John Cunningham | $50,000.00 | $0.00 | $607.81 |
| 10 | VMNG Enterprise LLC | $59,374.99 | $0.00 | $721.77 |
| 11 | Kelly lopez | $20,250.00 | $0.00 | $246.16 |
| 15 | U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUST | $502,350.74 | $0.00 | $6,106.66 |
| 16 | Surpass Investing LLC | $20,000.00 | $0.00 | $243.12 |
| 17 | Martin Ajayi | $10,000.00 | $0.00 | $121.56 |
| 18 | Bluevine Inc. | $67,253.34 | $0.00 | $817.54 |
| 19 | Nikyndra Boatwright | $12,127.75 | $0.00 | $147.43 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $11,521.96 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims

have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**